Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 08 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

         v.

JARED LEE GOSNEY,

                Defendant.

INDICTMENT  4:25-CR-6002-MKD

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii),
Possession with Intent to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Cocaine
(Count 1)

18 U.S.C. §§ 922(g)(1), 924(a)(8),
Felon in Possession of a Firearm
(Count 2)

21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegations

      The Grand Jury charges:

INDICTMENT – 1

## COUNT 1

On or about December 18, 2024, in the Eastern District of Washington, the Defendant, JARED LEE GOSNEY, knowingly and intentionally possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(ii).

## COUNT 2

On or about December 18, 2024, in the Eastern District of Washington, the Defendant, JARED LEE GOSNEY, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Stoeger P3000 12-gauge shotgun, bearing serial number 1602165, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the Defendant, JARED LEE GOSNEY, shall forfeit to the United States of America, any property constituting, or

INDICTMENT – 2

derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Stoeger P3000 12-gauge shotgun, bearing serial number 1602165; and loaded ammunition.;

- a Gabilondos y Urresti-EIBAR, 1915 Patent, Model "RUBY", .32 auto caliber pistol, bearing serial number 841.

If any forfeitable property described above as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as set forth in Count 2 of this Indictment, Defendant, JARED LEE GOSNEY, shall forfeit to the

INDICTMENT – 3

1  United States of America, any firearms and ammunition involved or used in the
2  commission of the offense, including, but not limited to:
3
4  - a Stoeger P3000 12-gauge shotgun, bearing serial number 1602165; and
5     loaded ammunition.
6  DATED this  8  day of January, 2025.
7
8                                                        A TRUE BILL
9
10                                              
11
12
13  *Vanessa Waldref*
14  Vanessa R. Waldref
15  United States Attorney
16
17  *Brandon Pang*
18  Brandon L. Pang
19  Assistant United States Attorney
20
21
22
23
24
25
26
27
28

INDICTMENT – 4