Todd Blanche
Attorney General of the United States
Brandon L. Pang
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JARED LEE GOSNEY,<br><br>Defendant. | No. 4:25-CR-6002-MKD<br><br>UNITED STATES' NOTICE OF ADMINISTRATIVE FORFEITURE |

The United States of America hereby gives notice that the United States Drug Enforcement Administration (DEA) completed administrative forfeiture of the firearms and ammunition listed in the forfeiture allegation of the Indictment filed on January 8, 2025.

Based upon DEA's administrative forfeiture of the assets, the government will not pursue criminal forfeiture. No further judicial action is required.

DATED: September 9, 2026

Todd Blanche
Attorney General

*s/ Brandon L. Pang*
Brandon L. Pang
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to Defendant's counsel of record.

*s/ Brandon L. Pang*
Brandon L. Pang
Assistant United States Attorney